UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| JONATHAN GREATHOUSE, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED, | ] ] ] | CASE NO. 7:14-cv-93 |
| v.                    *Plaintiff*, | ] ] | |
| BANKHEAD HOTELS, L.L.C. AND MAHENDRA PATEL | ] ] ] | |
| *Defendant.* | ] ] | COLLECTIVE ACTION |
| _____ | ] | |

**PLAINTIFF'S NOVEMBER 5, 2014 NOTICE OF FILING CONSENT**

Pursuant to 29 U.S.C. § 216(b), the following individual submits a written

Notice of Consent:

1.  Monique M. Scheid.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

**/s/ David I. Moulton**
By: _____
       David I. Moulton
       *Attorney-in-Charge for Plaintiff*
       State Bar No. 24051093
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788 – Telephone
(713) 877-8065 – Facsimile
dmoulton@brucknerburch.com

## CERTIFICATE OF CONFERENCE

This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

**/S/ David I. Moulton**

_____

David I. Moulton

## CERTIFICATE OF SERVICE

A copy of Plaintiff's November 5, 2014 Notice of Filing Consent was served on all parties via the Court's electronic filing system

**/S/ David I. Moulton**

_____

David I. Moulton

IN RE: FLSA CLAIMS AGAINST:        ]        COLLECTIVE ACTION
                                   ]
                                   ]
**BANKHEAD HOTELS, LLC D/B/A DAYS**   ]        **NOTICE OF CONSENT**
    **INN MIDLAND, ET AL.**        ]


    I consent to be a party plaintiff in an action to collect unpaid wages.  I agree to be bound by the Professional Services Agreement.

Signature

monique marie scheid

Full Legal Name (print)

**EXHIBIT 1**